JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN VERON GONZALEZ ESPINOZA,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-05514-FLA (DFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the court ENTERS Judgment in Petitioner Cristian Veron Gonzalez Espinoza's (A# 221-462-939) favor and against Respondents on the Petition for Writ of Habeas Corpus (Dkt. 1).

IT IS SO ORDERED and ADJUDGED.

Dated: October 13, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge